# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

TO: Special Agent Joshua C. Green, being duly sworn depose and say:

I am a Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives and have reason to believe that on the premises known as (name, description and or location)

`, WASHINGTON, D.C., described as a red brick row house with white trim and grey colored steps leading up to the front door. It is located on the south side of and west of 1                    , Washington, D.C. The front door is brown in color and the residence is numbered         in white above the front door.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

A firearm and/or ammunition, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition magazines, ammunition boxes, holsters, ammunition pouches, firearm boxes, cleaning kits, bullet proof vests, firearms parts, photographs of firearms, and accessories for firearms such as grips, scopes, and slings, and paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises.

Which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

Evidence and instrumentalities of alleged crime(s): In violation of Title 18, United States Code, Section 922(g)(1). The facts to support the issuance of a Search Warrant are as follows:

See Affidavit, incorporated herein for reference and continued on the attached sheets and made a part hereof.

Joshua C. Green, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives
(Affiant)

Sworn to before me, and subscribed in my presence
_____ at Washington, D.C.
Date and Time Issued

United States Magistrate Judge
Signature of Judicial Officer