# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

FILED
AUG 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1300 Shepherd Street Northwest
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 05 - 0472M - 01.

TO: Special Agent Joshua C. Green and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Joshua C. Green who has reason to believe that on the premises known as (name, description and or location)

1300 SHEPHERD STREET NORTHWEST, WASHINGTON, D.C., described as a red brick row house with white trim and grey colored steps leading up to the front door. It is located on the south side of Shepherd Street Northwest and west of 13th Street Northwest, Washington, D.C. The front door is brown in color and the residence is numbered "1300" in white above the front door.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

A firearm and/or ammunition, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition magazines, ammunition boxes, holsters, ammunition pouches, firearm boxes, cleaning kits, bullet proof vests, firearms parts, photographs of firearms, and accessories for firearms such as grips, scopes, and slings, and paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   3 0 AUG 2005
                                                   _____
                                                        Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

AUG 22 2005  3:15 pm   at Washington, D.C.

Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>08/22/2005 | DATE AND TIME WARRANT EXECUTED<br>08/30/2005  9:07 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Kessell Von Rusum |
| INVENTORY MADE IN THE PRESENCE OF  ATF SAs Josh Green, Kate Dowd, Andy Cox, William Crummett | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

Nothing Taken



FILED
AUG 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    8-31-05
U.S. Judge or Magistrate     Date